■ RICHARD G. GREEN, SR., Respondent, v ARCADIA FINANCIAL LTD., Respondent, and FOUR M SALES, INC., Appellant. In the Matter of ARCADIA FINANCIAL LTD., Third-Party Plaintiff, v ANTWAN ANDERSON et al., Third-Party Defendants, and PENTAGON FEDERAL CREDIT UNION, Third-Party Defendant-Respondent. [689 NYS2d 596] —Order and judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Mintz, J. (Appeal from Order and Judgment of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Wisner, Hurlbutt and Callahan, JJ. [*See,* 174 Misc 2d 411.]

■ DANA D'ANDREA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 91614.) [690 NYS2d 464] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Lane, J. (Appeal from Judgment of Court of Claims, Lane, J.—Negligence.) Present—Denman, P. J., Hayes, Wisner, Hurlbutt and Callahan, JJ.